CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 22 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRENDON LAMONT GANNON, SR.,<br>　　Plaintiff, | )<br>)　Civil Action No. 7:08cv00394<br>) |
| v. | )　**FINAL ORDER**<br>) |
| CENTRAL VIRGINIA REGIONAL JAIL,<br>　　Defendant. | )　By: Hon. Glen E. Conrad<br>)　United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1). The action shall be **STRICKEN** from the active docket of the court, and any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 22ᵈ day of July, 2008.

　　　　　　　　　　　　　　　　　_/s/ Glen E. Conrad_
　　　　　　　　　　　　　　　　　United States District Judge